UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., | : | |
| | : | |
| Plaintiff, | : | ECF Case |
| | : | |
| - against - | : | 26 Civ. _____ |
| | : | |
| Y.STERN ENGINEERING (1989) LTD., A/K/A | : | **COMPLAINT** |
| STERN ENGINEERING LTD., A/K/A STERN | : | |
| ENGINEERING 1989, A/K/A STERN FAUCETS, an | : | **JURY TRIAL DEMAND** |
| Israeli Corporation, and DOES 1-9, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff Bobrick Washroom Equipment, Inc. ("Bobrick" or "Plaintiff"), through its undersigned counsel, brings this action against defendants Y.Stern Engineering (1989) Ltd., a/k/a Stern Engineering Ltd. a/k/a Stern Engineering 1989 a/k/a Stern Faucets, an Israeli Corporation ("Stern") and DOES 1-9 (collectively, the "Defendants"). In support of the Complaint, Bobrick alleges as follows:

## THE PARTIES

1.      Plaintiff Bobrick is a California corporation headquartered in North Hollywood, California. Bobrick is recognized as an industry leader in well-designed, value-oriented washroom accessories and toilet partitions. Some of the world's most renowned companies and institutions rely on Bobrick solutions to reinforce their brand, reduce long-term operating costs and position their organizations for a successful future.

2.      Upon information and belief, Stern is an Israeli corporation with its headquarters in Israel.

3.      Out of an abundance of caution, to the extent Bobrick has not named all of the responsible corporate entities or individuals, Bobrick also asserts claims against DOES 1-9.

## JURISDICTION AND VENUE

4.      This is an action for patent infringement pursuant to 35 U.S.C. § 271 *et seq*. This Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Stern because Stern has conducted and continues to conduct substantial business in New York.

6.      In addition, Bobrick previously filed this patent infringement suit against Stern in the United States District Court for the District of Delaware entitled *Bobrick Washroom Equipment, Inc. v. Y.Stern Engineering (1989) Ltd.,* et al., 25 Civ. 376(JLH)(LDH) (the "Delaware Action").  Stern successfully challenged personal jurisdiction in Delaware under Rule 4(k)(2) by representing to the Court that Stern is subject to personal jurisdiction in New York in this matter. Stern represented to the Court that "Stern Engineering concedes that it would have been subject to specific jurisdiction in New York" and identified New York as a "suitable forum in which plaintiff could have brought suit."  Delaware Action, Dkt. 38 at 4-5 (Report and Recommendation, dated Feb. 4, 2026); Dkt. 41 at 2 (Order dated Feb. 10, 2026 adopting Report and Recommendation and dismissing Stern from the Delaware Action).  In addition, the Court in Delaware relied on these representations by Stern in concluding that personal jurisdiction is properly exercised over Stern in New York and concluded that Stern "has defeated Rule 4(k)(2) [in Delaware] by identifying New York as a suitable forum."  *Id.,* Dkt. 38 at 6; Dkt. 41 at 2.  Stern has therefore consented to personal jurisdiction in New York, waived any objection to personal jurisdiction in New York and is now judicially estopped from challenging personal jurisdiction in this Court.

7.      Upon information and belief, Stern offers numerous products for sale in New York, including, but not limited to, faucets, soap dispensers, hand dryers, touchless cubicles, mirror and

wash stations, flush valves, shower controls, shower panels, shower heads, infrared sensors, piezo switches, solenoid valves and related accessories and components.

8.      Upon information and belief, Stern, directly and through subsidiaries and/or intermediaries (including distributors, retailers, and other agents), has committed and continues to commit acts of patent infringement and/or contributed to or induced acts of patent infringement by others in New York and the United States.

9.      Upon information and belief, Stern has annual sales of products in the United States totaling nearly $37 million annually.

10.     Upon information and belief and based on representations made by outside counsel for Stern and its U.S. distributor Barantec, Barantec sells and offers for sale Stern's Lotus Topfill dispensers identified by at least product number 230850 (the "Accused Products") in the United States.

11.     Upon information and belief, Stern sells and offers for sale the Accused Products in the United States and in this District.

12.     Stern also directly warrants to U.S. purchasers of the Accused Products that Stern's "electronic products will be free of defects in material and workmanship during normal use for two years from the date the product is purchased."

13.     Stern also directly warrants to purchasers of the Accused Products that if any U.S. customer finds a defect in normal use, "Y. Stern Engineering Ltd. will, at its discretion, repair provide a replacement part or product, or make appropriate adjustments."

14.     Stern affirmatively represents to U.S. customers of the Accused Products that it has business operations in the United States.

15.     On its website, Stern offers a dedicated email address for U.S. customers to contact

Stern directly: "USA: sternusa@sternfaucets.com."

16.     Stern attends and offers its products, including the Accused Products, at trade shows in the U.S. for many years, including most recently at the 2025 Boutique Design New York, a trade show for boutique design and where hotel designers and architects connect with suppliers.

17.     Stern also directly advertises, offers and promotes the Accused Products in the U.S. via its Stern Engineering YouTube channel.

18.     As such, upon information and belief, Stern availed itself of the privilege of conducting business within this District and the United States; established sufficient minimum contacts with this District such that Stern should reasonably and fairly anticipate being haled into court in this District; has purposefully directed activities at residents of New York; and at least a portion of the patent infringement claims alleged herein arise out of or are related to one or more of the foregoing activities.

19.     Venue is proper in this Court under at least 28 U.S.C. §§ 1391(b)(2) and 1391(c)(3) because a substantial part of the acts or omissions giving rise to the claim, including Stern's acts of infringement, have occurred in New York.

20.     Upon information and belief, Stern is incorporated and headquartered in Israel.  The patent venue statute, 28 U.S.C. Section 1400(b) is not applicable to a foreign corporation.  *See Brunette Machine Works, Ltd. v. Kockum Industries, Inc.*, 406 U.S. 706 (1972); *In re HTC Corporation*, 889 F.3d 1349, 1354 (Fed. Cir. 2018).

## **FACTUAL BACKGROUND AND NATURE OF ACTION**

21.     This is a civil action by Bobrick against Stern to stop its infringement of at least independent claims 14 and 45, and dependent claims 16, 17 and 18, of its U.S. Patent No. 8,579,157 ("the '157 Patent").

22.    Since 1906, Bobrick has been developing and continues to develop various technologies relating to washroom accessories, including an extensive selection of handwashing technologies, such as fluid dispensers.

23.    The '157 Patent, titled "AUTOMATED FLUID DISPENSER," was duly issued by the United States Patent and Trademark Office ("USPTO") on November 12, 2013. A true and correct copy of the '157 Patent is attached as Exhibit A.

24.    Bobrick owns by assignment the entire right, title and interest in and to the '157 Patent. As the owner of the entire right, title and interest in and to the '157 Patent, Bobrick possesses the right to sue and to recover for infringement of the '157 Patent.

25.    The '157 Patent is directed to a fluid dispenser.

26.    Bobrick has been selling and continues to sell several products embodying the invention of the '157 Patent, including, inter alia, fluid dispensers such as its line of Counter-Mounted Automatic Top-Fill Liquid and Foam Soap Dispensers and the Counter-Mounted Automatic Designer Series TM Top-Fill Liquid and Foam Soap Dispensers.

27.    The '157 Patent includes 47 claims, including independent claims 14 and 45, and dependent claims 16, 17 and 18, which depend directly and/or indirectly on independent claim 14. Independent claim 14 of the '157 Patent recites:

> a fluid dispenser comprising:
> a reservoir;
>     a neck extending from the reservoir defining a conduit there-through leading to said reservoir; and
>     a spout extending from the neck, said spout comprising a lid and an outlet, wherein the lid is moveable for providing access to said conduit for filling said reservoir with a fluid, wherein the dispenser is mounted to a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

28.    Independent claim 45 of the '157 Patent recites:

fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir, the neck comprising

a threaded outer surface;

a cap threaded to the reservoir and coupling the neck to the reservoir, and

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit.

29.    Stern is currently making, using, importing, offering for sale and/or selling fluid dispensers, which they market as their Lotus Soap Dispenser Series, that infringe the '157 Patent, including at least the Accused Products.  Stern's website at https://sternfaucets.com/lotus-topfill-automatic-soap-dispenser/, a true and correct copy of which is attached as Exhibit B, shows and describes the Accused Products.

30.    Stern's fluid dispensers, including at least those identified by the product number 230850, each has, either literally or under the doctrine of equivalents, all the elements of at least claims 14, 16, 17, 18 and 45 of the '157 Patent as described in the chart attached as Exhibit C and as follows:

(i) Defendants describe the Accused Products on their website as a "deck mounted automatic soap dispenser." The Accused Products are liquid soap dispensers that are mounted to a surface;

(ii) The Accused Products have a reservoir, including a neck extending from the reservoir defining a conduit there-through leading to the reservoir;

(iii) The spout of the Accused Products includes a lid and an outlet, wherein the lid can be removably attached to the spout, to provide

access to the conduit defined by the neck extending from the reservoir;

(iv) When the Accused Products are mounted to a surface, the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface;

(v) The lid of the Accused Products defines an upper surface of the spout;

(vi) The Accused Products include a pump for pumping fluid to the outlet; and

(vii) The neck of the Accused Products includes a threaded outer surface and a cap, the cap being threaded to the reservoir of the Accused Products and coupling the reservoir to the neck.

31.      Accordingly, Stern has infringed, and continues to infringe, at least claims 14, 16, 17, 18 and 45 of the '157 Patent by making, using, importing, offering for sale and/or selling the Accused Products, which embody all of the features of at least claims 14, 16, 17, 18 and 45 of the '157 Patent.

32.      On November 21, 2024, Bobrick contacted Stern, informing it of Bobrick's patent rights in the '157 Patent.  A true and correct copy of the November 21, 2024 letter is attached as Exhibit D.  Since being put on notice of the '157 Patent, Stern has not ceased offering for sale or selling the Accused Products.

## CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. 8,579,157)

33.      Bobrick incorporates and realleges the allegations contained in paragraphs 1 through 32 of this Complaint as if fully set forth herein.

34.      On May 20, 2008, the USPTO duly issued the '157 Patent.

35.      The '157 Patent is valid and enforceable.

36.     Stern has infringed and is infringing at least claims 14, 16, 17, 18 and 45 of the '157 Patent, either literally or under the doctrine of equivalents, by making, using, importing, offering to sell and/or selling in the United States the Accused Products.

37.     Stern's infringement of the '157 Patent has injured Bobrick, and Bobrick is entitled to recover damages adequate to compensate it for Stern's infringement, which in no event can be less than a reasonable royalty.

38.     Upon information and belief, Stern's infringement was and is willful because Stern has knowledge of an objectively high likelihood that its actions constituted infringement of a valid patent, and Stern knew or should have known of such risk when they infringed, and continue to knowingly infringe, the '157 Patent.

39.     Stern had actual notice of the '157 Patent at least by November 21, 2024 and continues to make, use, import, offer for sale and sell the Accused Products.  Such infringement is therefore willful.

40.     Pursuant to 35 U.S.C. § 284, the Court should award treble damages to Bobrick as a result of Stern's willful infringement.

41.     Accordingly, pursuant to 35 U.S.C. § 285, Bobrick is entitled to recover from Stern its reasonable attorneys' fees and costs incurred in prosecuting this action.

**WHEREFORE**, Bobrick respectfully prays that this Court enter judgment in favor of Bobrick and against Stern as follows:

1.     Finding that Stern has infringed and is currently infringing the '157 Patent;

2.     Finding that Stern's infringement of the '157 Patent has been willful;

3.     Entering a nationwide permanent injunction against further infringement of the '157 Patent;

4.      Awarding damages adequate to compensate Bobrick for Stern's infringement of the '157 Patent, including pre-judgment interest and costs;

5.      Entering an Order requiring Stern to account for and pay to Bobrick any and all profits made by Stern from its sales of the Accused Products pursuant to 35 U.S.C. § 289;

6.      Awarding all other damages permitted by 35 U.S.C. § 284;

7.      Determining that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Bobrick its costs and reasonable attorneys' fees incurred in this action; and

8.      Providing such other relief as this Court may deem just and proper.

**PLAINTIFF DEMANS A JURY TRIAL ON ITS CLAIM.**

Dated: New York, New York
   February 12, 2026

             **WOMBLE BOND DICKINSON (US) LLP**

             */s/ Harry H. Rimm*
             Harry H. Rimm

             888 Seventh Avenue, 38th Floor
             New York, New York 10106
             Telephone: (332) 258-8400
             Email: Harry.Rimm@wbd-us.com

             *Of Counsel*

             **WOMBLE BOND DICKINSON (US) LLP**

             G. Warren Bleeker (*pro hac vice* to be filed)
             Kyle W. Kellar (*pro hac vice* to be filed)
             655 North Central Avenue, Suite 2300
             Glendale, California 91203
             Telephone: (626) 795-9900
             Email: Warren.Bleeker@wbd-us.com
             Email: Kyle.Kellar@wbd-us.com

             *Counsel for Plaintiff Bobrick Washroom*
              *Equipment, Inc.*

# EXHIBIT A

US008579157B2

## (12) United States Patent
Bem et al.

(10) Patent No.: **US 8,579,157 B2**
(45) Date of Patent: **Nov. 12, 2013**

(54) **AUTOMATED FLUID DISPENSER**

(75) Inventors: **Branko Bem**, Plano, TX (US); **Dikran Babikian**, Glendale, CA (US); **Robert A. Riccomini**, Saratoga, CA (US); **Amelia Ngai**, Mountain View, CA (US)

(73) Assignee: **Bobrick Washroom Equipment, Inc.**, North Hollywood, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 806 days.

(21) Appl. No.: **12/605,258**

(22) Filed: **Oct. 23, 2009**

(65) **Prior Publication Data**

US 2010/0213208 A1    Aug. 26, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/108,318, filed on Oct. 24, 2008.

(51) **Int. Cl.**
**B67D 1/00**    (2006.01)

(52) **U.S. Cl.**
USPC ............... **222/63**; 222/52; 222/173; 222/180; 222/333; 222/385; 222/566; 141/18

(58) **Field of Classification Search**
USPC .................. 222/52, 63, 333, 180, 321.7, 504, 222/321.9, 385, 566–568, 173; 4/623; 141/2, 18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,735,345 | A | | 4/1988 | Lee | |
| 4,938,384 | A | * | 7/1990 | Pilolla et al. | .................... 222/52 |
| 5,549,227 | A | * | 8/1996 | Klotz | ............................. 222/461 |
| 5,632,414 | A | * | 5/1997 | Merriweather, Jr. | ............ 222/52 |
| 5,911,345 | A | * | 6/1999 | Castleberry | ................... 222/482 |
| 5,988,440 | A | * | 11/1999 | Saunders et al. | ............. 222/63 |
| 5,992,698 | A | | 11/1999 | Copeland et al. | |
| 6,276,565 | B1 | * | 8/2001 | Parsons et al. | ................... 222/52 |
| 6,345,738 | B1 | * | 2/2002 | Brozell et al. | ............. 222/383.1 |
| 6,467,651 | B1 | * | 10/2002 | Muderlak et al. | ............. 222/52 |
| 6,863,093 | B2 | * | 3/2005 | Garcia et al. | ...................... 141/2 |
| 7,025,227 | B2 | * | 4/2006 | Oliver et al. | .................... 222/61 |
| 7,198,175 | B2 | * | 4/2007 | Ophardt | ..................... 222/188 |
| 7,527,174 | B2 | * | 5/2009 | Meehan et al. | ................ 222/180 |
| 8,100,299 | B2 | * | 1/2012 | Phelps et al. | .................. 222/180 |
| 2002/0053577 | A1 | * | 5/2002 | Maas et al. | ................ 222/383.1 |
| 2004/0211000 | A1 | | 10/2004 | Buonocore | |
| 2005/0155988 | A1 | * | 7/2005 | Meehan et al. | ........... 222/321.7 |
| 2007/0000941 | A1 | * | 1/2007 | Hadden et al. | .................. 222/52 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 196 28 172  A1 | 2/1997 |
| WO | WO 2004/110234  A2 | 12/2004 |

OTHER PUBLICATIONS

Bobrick Washroom Equipment, Inc.; LABEL (Dispensing Filling Instructions); Jun. 19, 1999; 1 Page.

(Continued)

*Primary Examiner* — Frederick C Nicolas
(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57) **ABSTRACT**

A fluid dispenser is provided. The dispenser includes a reservoir for storing the fluid to be dispensed, an outlet for dispensing the fluid, a pump in the reservoir for pumping the fluid to the outlet, a motor external of the reservoir, and a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping the fluid.

**47 Claims, 4 Drawing Sheets**



**US 8,579,157 B2**

Page 2

(56)            **References Cited**

OTHER PUBLICATIONS

International Preliminary Report on Patentability and Written Opin-
ion of the International Searching Authority dated Apr. 26, 2011, for
International Application No. PCT/US2009/061946, Filed Oct. 23,
2009.

Communication Relating to the Results of the Partial International
Search dated Mar. 18, 2010, for PCT Application No. PCT/US2009/
061946, Filed Oct. 23, 2009.
Bobrick Washroom Equipment, Inc.; *Instructions for Installation
and Maintenance*; Instruction Manual; 2008; 2 pages; USA.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 8,579,157 B2

**1**

# AUTOMATED FLUID DISPENSER

## CROSS-REFERENCE TO RELATED APPLICATION

This application is based upon and claims the benefit of U.S. Provisional Application Ser. No. 61/108,318, filed on Oct. 24, 2008, the contents of which are fully incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Currently available automated liquid soap dispensers can deliver liquid soap automatically in response to the presence of a nearby object, such as a user's hand. These liquid soap dispensers typically employ an infrared sensor to detect the nearby object. Upon detection of the nearby object, the infrared sensor sends a signal to activate a motor, which in turn drives a shaft which drives a pump. The pump pumps the liquid soap to a spout of the dispenser which dispenses the soap. Typically, the motor is located outside of the dispenser, whereas, the pump is submerged in the liquid soap within the dispenser. The drive shaft penetrates the dispenser through an orifice typically at the base of the dispenser. A seal is typically provided surrounding the shaft and sealing the orifice. However, with use the seal wears out and the liquid soap leaks out of the dispenser. Often, the liquid soap leaks onto the motor or the motor circuitry causing failure of the motor.

Furthermore, most liquid dispensers have reservoirs which are mounted below a countertop. Consequently, accessing of the reservoir for refilling with liquid soap is inconvenient. Typically a reservoir of the soap dispenser needs to be removed from below the counter so that it may be filled. When removed, tubing which is used to deliver the liquid soap to the spout is exposed and liquid soap on such tubing drips on the surrounding surfaces. Moreover, with some soap dispenser, the motor may have to be removed before the reservoir is removed for refilling. Thus, a soap dispenser is desired that overcomes the aforementioned problems.

## SUMMARY OF THE INVENTION

In an exemplary embodiment, a fluid dispenser is provided. The dispenser includes a reservoir for storing the fluid to be dispensed, an outlet for dispensing the fluid, a pump in the reservoir for pumping the fluid to the outlet, a motor external of the reservoir, and a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping the fluid. In another exemplary embodiment, the coupling includes a first member external of the dispenser driven by the motor, and a second member in the dispenser for driving the pump, where the first member is magnetically coupled to the second member, whereby the first member drives the second member. In yet another exemplary embodiment, at least one of the first and second members includes a magnet. In a further exemplary embodiment, the pump is submerged in the fluid to be pumped. In yet a further exemplary embodiment, the reservoir includes a body and a base portion, and the base portion is threaded or otherwise coupled to the body and the first and second members sandwich at least a portion of the base portion. In another exemplary embodiment, the dispenser also includes a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto such that the pump pumps fluid in response to the signal. The motor, in an exemplary embodiment, is operable in response to the signal. In another exemplary embodiment, the dispenser also

**2**

includes a neck extending from the reservoir defining a conduit in communication with the reservoir, a spout extending from the neck, and a lid on the spout being moveable for providing access to the conduit. The reservoir is finable through the conduit and the outlet is formed on the spout. A funnel coupled to the conduit may be included in the spout. In yet a further exemplary embodiment, the dispenser may also include a neck having a threaded outer surface, and a cap threaded, or otherwise coupled, to the reservoir neck and coupling the neck to the reservoir. In yet a further exemplary embodiment, a lock nut is also provided and is threaded on the outer surface of the neck. The cap includes a first surface and a second annular surface extending from the first surface. An opening is formed through the first surface, and the neck penetrates the opening and the first surface urges the lock nut toward the reservoir. In another exemplary embodiment, the dispenser may also include a neck extending from the reservoir having a threaded outer surface, a groove formed along the neck, a spout extending from the neck such that the outlet is formed on the spout, a first conduit coupled to the pump, a second conduit extending to the outlet, such that at least part of the second conduit is received in the groove, a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit, a first nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove, a cap having an opening penetrated by the neck and threaded, or otherwise coupled, to the reservoir, such that the cap is retained in an axial direction by the first nut, and a second nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove.

In another exemplary embodiment, a fluid dispenser is provided including a reservoir, a neck extending from the reservoir having a threaded outer surface, a groove formed along the neck, a spout extending from the neck, such that the outlet is on the spout, a pump for pumping fluid from the reservoir to the outlet, a first conduit coupled to the pump, a second conduit extending to the outlet, such that at least part of the second conduit is received in the groove, a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit, a first nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove, a cap having an opening penetrated by the neck and threaded, or otherwise coupled, to the reservoir, where the cap is retained in an axial direction by the first nut, and a second nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove. In yet another exemplary embodiment, a third conduit is defined through the neck, and the dispenser further includes a lid on the spout providing access to the third conduit for refilling the reservoir. In another exemplary embodiment, the dispenser also includes a funnel in the spout and coupled to the third conduit, such that the lid provides access to the funnel for refilling the reservoir through the conduit.

In yet a further exemplary embodiment, a fluid dispenser is provided having a reservoir, a neck extending from the reservoir defining a conduit there-through leading to the reservoir, a spout extending from the neck, where an outlet is formed on the spout, and a lid on the spout being moveable for providing access to the conduit for refilling the reservoir with a fluid. In another exemplary embodiment, the dispenser also includes a funnel in the spout and coupled to the conduit, such that the lid provides access to the funnel for refilling the reservoir.

In any of the aforementioned exemplary embodiments the fluid is a liquid, such as a liquid soap.

US 8,579,157 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, together with the specification, illustrate exemplary embodiments of the present invention and, together with the description, serve to explain the principles of the present invention.

FIG. **1** is a plan view of an automated fluid dispenser according to an exemplary embodiment of the present invention;

FIG. **2** is a partial cross-sectional view of reservoir body of the exemplary embodiment automated fluid dispenser shown in FIG. **1**;

FIG. **3** is a partial cross-sectional view showing a base portion and a pump assembly of the exemplary embodiment automated fluid dispenser shown in FIG. **1**; and

FIG. **4** is a partial cross-sectional view depicting a neck and spout incorporated in the exemplary embodiment automated fluid dispenser shown in FIG. **1**.

## DETAILED DESCRIPTION

In the following detailed description, only certain exemplary embodiments of the present invention are shown and described by way of illustration. As those skilled in the art would recognize, the invention may be embodied in many different forms and should not be construed as being limited to the embodiments set forth herein. Moreover, it should be noted that the terms "upper," "top," "bottom," and "lower" as used herein are terms used to denote the relative position of objects and not necessarily the exact position of such objects. For example, a "lower" object may in certain situations be located above an "upper" object.

With reference to FIGS. **1** and **2**, an automated fluid dispenser **10** such as a liquid soap dispenser according to an exemplary embodiment of the present invention is shown. The automated liquid dispenser **10** has a reservoir body **12** having a base end section **14** and a neck section **16** opposite the base end section. In the shown exemplary embodiment, an opening **18**, **20** is defined by each of the base and neck end sections, respectively. A base portion **22** is threaded to the base section **14** to define the base of the reservoir (FIG. **3**). In other exemplary embodiments, the base portion **24** may be removably coupled to the base section using other means, as for example latches. The reservoir body **12** and the base portion **22** together define a reservoir **24**. A pump assembly **26** is adjacent to the base portion **22**. A housing (not shown) may be coupled to the reservoir **24** and surrounds the base portion **22** and pump assembly **26**. The reservoir body **12** is connected to a spout **28** via a neck **30**. When properly installed on a countertop **32**, only the spout **28** and possibly an upper portion of the neck extend above an upper surface **34** of the countertop. The remaining portion of the neck, the reservoir, the base portion and the pump assembly remain below the upper surface of the countertop. A sensor, and in an exemplary embodiment, an infrared (IR) sensor **36** is housed in a portion of the spout **28**. In an exemplary embodiment, the sensor is positioned behind or adjacent to a window **38** so that it can be protected from the outside elements, as best seen in FIG. **3**. In an exemplary embodiment, the window is a non-plated surface that the sensor can sense through. When a user places his or her hand under a tip portion **40** of the spout **28**, it is sensed through the window **38** by the sensor **36**. In response, the sensor generates a signal which is transmitted via wiring or a circuit such as a flexible circuit **41** (FIG. **1**), or in some embodiments wirelessly, to the pump assembly **26**, or

4

to a printed circuit board or other controller (not shown) to activate a pump of the pump assembly for liquid soap through a spout outlet **27**.

In the shown exemplary embodiment, the base portion **22** has a bottom wall **42** which has a tiered outer surface **44**. A depression **46** is defined in the bottom wall and has a circumferential wall **48** and a base wall **50**. The circumferential wall **48** and the base wall **50** of the depression **46** define a tier of the bottom wall tiered outer surface **44**. A second depression **51** defined by a wall **54** having a dimension greater than a diameter of the depression **46** is defined on the bottom wall above the depression **46**. As a result, a shoulder **56** is defined between the two depressions **46**, **51**.

The pump assembly **26** includes a pump **58**, and a pump coupler **60** that is connected to the pump **26** by a pump shaft **62**, as shown in FIG. **3**. Rotation of the pump coupler rotates the shaft which in turns rotates and causes the pump to pump. In an exemplary embodiment, the coupler is a disc shaped member. Magnets **68** are incorporated in the coupler **60** at circumferentially spaced apart locations around the circumference of the pump coupler. In another exemplary embodiment, the coupler itself or any portion thereof may be made from a magnetic material. The pump **58** is seated on the shoulder **56** within the depression **51** formed on the bottom wall of the base portion. In an exemplary embodiment, the depression **51** has a shape complementary to the outer shape of the pump portion that is received within the depression. Such portion may merely be a section extending from the pump. The wall **54** defining the depression **51** serves to restrain the pump from rotating when the pump shaft **62** is rotated. When the pump is seated on the shoulder **54**, the coupler **60** is suspended in the depression **46**. In another exemplary embodiment, the coupler may be seated on the base wall **50** of the depression **46**.

In another exemplary embodiment, the pump **58** may be fastened to the base portion with the pump coupler extending into the depression **46**. With such an embodiment, the second depression **51** may not be necessary. The pump may be a gear pump, a piston pump or a peristaltic pump or any type of pump. In the exemplary embodiment, the pump is accommodated in the reservoir and is submerged in the liquid soap which it will pump. In the shown exemplary embodiment, the pump includes an inlet **70** and an outlet **72**. A filter **74** is coupled to the inlet to prevent debris suspended in the liquid to be pumped from entering the pump. Tubing **76** is provided extending from the pump outlet to the spout outlet **27** for delivering the pumped liquid from the pump to the spout outlet. In another exemplary embodiment, the tubing may be composed of multiple tubing sections.

The pump assembly also includes a motor subassembly **78** which includes a motor **80** and a motor coupler **82** coupled to the motor via a motor shaft **84**. The motor drives the motor coupler **82** via the motor shaft **84**. In the shown exemplary embodiment, the motor coupler includes a tubular portion **86** extending from a base portion **88**. Magnets **90** are mounted at locations circumferentially around the tubular portion. In another exemplary embodiment, the motor coupler, or any portion thereof, may be formed from a magnetic material. The magnets **90** or magnetic material are chosen such that they attract the magnets **68** or magnetic material on the pump coupler **60**. The motor coupler tubular portion has an inner surface diameter that is slightly larger than an outer surface diameter of the wall **48** defining the depression **46**. The motor shaft **84** is coupled to the base portion **88** of the motor coupler **82** and rotates the motor coupler about a central longitudinal axis of the tubular portion **86**.

**5**

The motor subassembly **78** is coupled to the reservoir **24** such that the tubular portion **86** of the motor coupler surrounds the circumferential wall **48** of the depression **46**. The motor subassembly may be connected to the reservoir by any method. For example, the motor may be fastened to a housing **92** which is attached to the base portion **22** of the reservoir. The housing houses the motor coupler **82** and may be threaded, fastened or otherwise attached to the base portion **22** of the reservoir. An opening **94** allows the motor shaft **84** of the motor **80** located external of the housing **92** to penetrate the housing for driving the motor coupler **82**. In an exemplary embodiment, the connection between the motor subassembly and the reservoir is such that it allows for the easy removal of the motor or motor subassembly for replacement or servicing.

When properly mounted to the reservoir, the magnets **90** on the motor coupler magnetically attract the magnets **68** on the pump coupler, which pump coupler is separated from the motor coupler by the walls **48** and **50** defining depression **46**, such that rotation of the motor coupler causes rotation of the pump coupler. As a result, as the motor rotates the motor coupler, the motor coupler causes the pump coupler to rotate which in turn causes the pump to pump out the liquid within the reservoir through the pump outlet **72**. As can be seen, the pump is coupled and driven by the motor via the magnets in the motor coupler and the pump coupler which sandwich the base portion of the reservoir. The thickness of the circumferential wall **48** of the depression **46** in the base portion is chosen such that the magnets on the motor coupler and the magnets on the pump coupler are capable of attracting each other through the circumferential wall with sufficient force such that they are magnetically coupled together such that rotation of the motor coupler will cause rotation of the pump coupler. The rotational energy of the motor is transferred magnetically through the base of the base portion **22** that is coupled to the reservoir without requiring any openings through the base portion, and thus, potential leak forming sites through the reservoir base.

In an exemplary embodiment, at least a magnet is incorporated into one of the pumps and motor couplers while at least a metal piece is incorporated in the other of the pumps and motor couplers which is attracted by the magnet. The magnet and metal piece may be arranged circumferentially around their respective coupler. When multiple magnets and metal pieces are used, the magnets and metal pieces are arranged around their respective coupler such that each magnet is radially alignable with a corresponding metal piece. In yet another exemplary embodiment, each coupler may include magnets and metal pieces such that a magnet of the pump coupler is radially alignable with a metal piece of the motor coupler and a magnet of the motor coupler is radially alignable with a metal piece incorporated on the pump coupler. In other exemplary embodiment, each coupler may include a single magnet and/or metal piece. In an exemplary embodiment, a single magnet which is ring-shaped may be used as part of either the pump coupler and/or the motor coupler. The magnets and/or metal pieces may be mounted in depressions formed on the couplers or may be embedded in the couplers. In another exemplary embodiment the magnet(s) and/or the metal piece or pieces are mounted on a lower surface **93** of the pump coupler and un upper surface **95** of the base portion **88** of the motor coupler. With such an embodiment, the motor coupler may not need the tubular portion **86**.

In one exemplary embodiment, the motor **80** is operated by a battery (not shown) or by any electrical, or other type of power source. A controller (not shown) may be incorporated to control the motor based on a signal it receives from the sensor. In some exemplary embodiments the controller is incorporated in the motor. Once the motor **80**, or the controller controlling the motor, receives a signal sent from sensor **36** through the circuitry **40** or wirelessly, the motor **80** drives the motor shaft **84** thereby making the motor coupler **82** that is connected to the motor shaft **84** to rotate as well. As the motor coupler **82** rotates, it rotates the pump coupler **60** via the magnetic coupling which cause the pump **58** to pump the liquid soap to the spout outlet **27** via tubing **76**. It should be noted that in the exemplary embodiments where the signal from the sensor is transmitted wirelessly the circuitry **40** is not required. The motor **80** may be a stepper motor that is programmed to deliver to one pump or a plurality of pumps of liquid soap. In other words, every time a signal is received from the sensor, the motor operates for a sufficient time to cause the pump to provide a predetermined amount of liquid soap to the spout outlet. Alternatively, the motor **80** or the controller may be programmed to cause the motor to operate and deliver the liquid soap for a period of time. Depending on the type of motor and program logic, the soap may dispensed in discrete amounts through an outlet **27** of the spout to the user's hand.

By being removably coupled, e.g., threaded to the reservoir body, the base portion may be easily removed to allow for easy access to the pump. A seal may be incorporated at the interface between the base portion and the reservoir body to prevent leakage through the interface between the reservoir body and the base portion.

In another exemplary embodiment, the base portion **22** may be integrally formed with the reservoir body **12** to form the reservoir **24**. In other words, the base portion is not a separate piece that this threaded or otherwise coupled to the reservoir body.

The base portion **22** and/or the reservoir body **12** may be made of a plastic material such as propylene or high density polyethylene. In another exemplary embodiment, the base portion **22** may be made of a rigid plastic material that may incorporate a fluoropolymer.

Referring to FIG. **4**, in an exemplary embodiment, a conduit **100** is defined within the neck **30** that extends from a funnel **102** formed, or otherwise positioned, in the spout **28** to the opening **20** formed on the neck **16** of the reservoir body. A lid **104** coupled to the spout **28** provides access to the funnel. The lid may be hingedly coupled to the spout or may be completely removable from the spout. In the shown exemplary embodiment, the lid forms an outer surface of the spout.

The conduit **100** communicates with the reservoir body **12** though the reservoir neck opening **20**. In this regard, the dispenser may be refilled with liquid soap by opening the lid and pouring the liquid soap through the funnel. As such, the dispenser does not have to be removed from the countertop in order to be refilled. In other exemplary embodiments, the conduit may extend to a location proximate the lid without incorporating a funnel. However, a funnel is desired as it will facilitate the pouring of the liquid into the conduit while minimizing or alleviating over-spilling it in the areas surrounding the conduit.

In the shown exemplary embodiment, the neck **30** is a separate member that is attachable to the reservoir body **12**. In the exemplary embodiment shown in FIGS. **1**, **2** and **4**, the neck has a threaded outer surface **106**. A flange **107**, and preferably a gasket flange **107**, extends from a bottom end portion of the neck. A lip **109** extends axially below the flange **107**. The reservoir body neck section **16** also has a threaded outer surface **108** (FIG. **2**). A shoulder **110** is defined on the reservoir neck adjacent the opening **20**. Another opening **112** is formed through the shoulder for accommodating the tubing for delivering the liquid soap to the spout outlet. In the exem-

US 8,579,157 B2

7

plary embodiment shown in FIG. 2, a male tubing connector 114 is coupled to the opening 112. In the shown exemplary embodiment, the opening 112 is bounded by a tapering inner surface 117 such that the diameter of the opening decreases in a direction toward the reservoir. With this exemplary embodiment the tubing 76 has at least two sections, a first section 118 and a second section 120. The male tubing connector has a tapering outer surface portion 116 for engaging and exerting a force against an inner surface of a first section 118 of the tubing 76 to which it is connected. In other words, the tapering outer surface tapers from a larger diameter to smaller diameter in a direction toward the tip of the connector. The smaller diameter is smaller than the inner surface diameter of the first section 118 of tubing 76 while the larger diameter is larger than the inner surface diameter of the first section 118 of tubing 76. A connector 122 is coupled to an end of the second section 120 of the tubing (FIG. 4). The connector in the shown exemplary embodiment is a cylindrical connector which has an outer diameter that is greater than a smaller diameter of the inner surface 117 of the opening 112 and smaller than the largest diameter of the inner surface 117 of the opening 112. In this regard as the connector 122 is fitted into the opening 112 lodges against the inner surface as it is pushed inward toward the reservoir forming a friction connection. In an exemplary embodiment, the connector 122 is more rigid than the tubing second section 120 such that it remains rigid, i.e. does not bend, as it is pushed into the opening 112. In another exemplary embodiment, a connector 122 is not used and the tubing second section 120 is directly inserted into the opening 112. With this exemplary embodiment, the tubing second section 120 outer diameter is greater than a smaller diameter of the inner surface 117 of the opening 112 and smaller than the largest diameter of the inner surface 117 of the opening 112 so as to be able to form a friction connection with the inner surface 117 of the opening 112. A groove 124 is formed longitudinally along the neck 30 outer surface as shown in FIG. 4 to accommodate a portion of the second section 120 of the tubing 76. The tubing second section 120 portion is fitted into the groove.

A first lock nut 130 is threaded on the threaded outer surface 106 of the neck and is external of the groove 124 and tubing second section 120. In other words it surrounds the tubing second section 120. A reservoir cap 132, having a threaded inner surface 134, and having a top section 136 having an opening 138 wide enough to be penetrated by the neck, is fitted over the neck and slid down until a top section 136 of the cap engages the first lock nut 130. A retaining washer 137 which is limited in axial travel, sits on axial nut 130 and thus limits the axial travel available to lock nut 130. Thus, the location at which the cap engages the first lock nut can be adjusted by how far along the neck the first lock nut is threaded. In an exemplary embodiment, the first lock nut 130 may be threaded far enough down onto the neck until it sits on the flange 107.

A second lock nut 140 is threaded on the threaded outer surface 106 of the neck above the first lock nut and the cap so as to surround the groove 124 and second tubing section 120. An annular flange 142 may then be slid over the neck 30 on top of the second lock nut. The annular flange 142 has an inner opening that is penetrated by the neck. The diameter of the opening is smaller than an outer surface diameter of the second lock nut, such that it is axially engageable by the second lock nut. The flange opening diameter is greater than the outer surface diameter of the neck 30. In the shown exemplary embodiment, the annular flange includes a radial groove 139 (FIGS. 1 and 4) to accommodate the flexible circuit 41.

8

In another exemplary embodiment, the spout 28 may be connected or may be integral with the neck 30. With this exemplary embodiment, the annular flange 142 is mounted over the neck through the bottom of the neck, followed by the second lock nut 140, the reservoir cap 132, the retainer washer 137, the first lock nut 130 and the flange 107.

To connect the neck 30 to the reservoir body 12, the neck flange 107 is seated on the shoulder 110 formed on the reservoir neck such that the lip 109 extending from the neck extends into the opening 20 formed on the reservoir neck and the connector 122 when used (or the tubing second section 120 when a connector 122 is not used) is seated in the opening 112. The cap 132 is then threaded on the outer surface threads 108 of the reservoir neck so as to exert an axial force on the first lock nut which exerts an axial force on the neck for retaining the neck connected to the reservoir body. Other known means of coupling the cap to the reservoir body may also be used in lieu of threading.

To disconnect the reservoir body from the neck, the cap is unthreaded or otherwise decoupled from the reservoir body and the reservoir body is removed. When that occurs, the connector 120 (or the tubing second section 120 when a connector 122 is not used) would separate from the reservoir neck.

To connect the dispenser to a countertop, the countertop is formed with a hole 146 having a diameter large enough to receive the neck 30 but smaller than the outer diameter of the flange 142. In an exemplary embodiment, the neck with or without the attached reservoir is fitted from a bottom surface 148 of the counter and through the opening 146, thus protruding through a top surface 150 of the counter. The spout is then connected to the neck. In the shown exemplary embodiment, the spout may be designed such that it can be snap fitted onto the neck. For example, the neck has an upper portion 152 which snap fits into a lower portion of the funnel 102 (FIG. 4). The second lock nut is then threaded onto the neck so as to move in an upward direction sandwiching the countertop 32 between the flange 142 and the lower surface 156 of the neck, thereby clamping the dispenser onto the countertop. By having an opening 143 that is larger than the outer surface diameter of the neck, when the second lock nut is threaded upwards on the neck, the annual flange 142 is retained in position and does not rotate by the flexible circuit 41 which is fitted in groove 139.

In another exemplary embodiment, the spout 28 may come pre-connected or integrally formed with a neck 30. With this exemplary embodiment, the neck without the attached reservoir is fitted from a top surface 150 of the counter and through the bottom surface 148 of the counter. The reservoir is then connected to the neck, as described herein, from below the bottom surface 148 of the counter.

Although the present invention has been described and illustrated to respect to multiple embodiments thereof, it is to be understood that it is not to be so limited, since changes and modifications may be made therein which are within the full intended scope of this invention as hereinafter claimed.

What is claimed is:

1. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in the reservoir for pumping the fluid to the outlet;

a motor external of the reservoir;

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

US 8,579,157 B2

9

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit; and

a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**2**. The dispenser as recited in claim **1** further comprising a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto, wherein said pump pumps fluid in response to said signal.

**3**. The dispenser as recited in claim **2** wherein said motor is operable in response to said signal.

**4**. The dispenser as recited in claim **1** wherein the neck comprises a threaded outer surface, the dispenser further comprising a cap threaded to the reservoir and coupling the neck to the reservoir.

**5**. The dispenser as recited in claim **4** further comprising a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**6**. The dispenser as recited in claim **1** wherein the neck has a threaded outer surface, the dispenser further comprising:

a groove formed along the neck;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**7**. The dispenser as recited in claim **1** wherein said fluid is a liquid soap.

**8**. The dispenser as recited in claim **1** wherein the lid defines an upper surface of the spout.

**9**. The dispenser as recited in claim **1** wherein the dispenser is mounted on a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

**10**. A fluid dispenser comprising:

a reservoir;

a neck extending from the reservoir having a threaded outer surface;

a groove formed along the neck;

a spout extending from the neck, wherein the outlet is formed on the spout;

a pump for pumping fluid from the reservoir to the outlet;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

10

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**11**. The dispenser as recited in claim **10** wherein a third conduit is defined through the neck, the spout further comprising a lid, said lid being moveable for providing access to said third conduit for filling said reservoir.

**12**. The dispenser as recited in claim **11** further comprising a funnel in said spout and coupled to said third conduit, wherein said lid is moveable for providing access to said funnel for filling said reservoir.

**13**. The dispenser as recited in claim **10** wherein said fluid is a liquid soap.

**14**. A fluid dispenser comprising:

a reservoir;

a neck extending from the reservoir defining a conduit there-through leading to said reservoir; and

a spout extending from the neck, said spout comprising a lid and an outlet, wherein the lid is moveable for providing access to said conduit for filling said reservoir with a fluid, wherein the dispenser is mounted to a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

**15**. The dispenser as recited in claim **14** further comprising a funnel in said spout and coupled to said conduit, wherein said lid is moveable for providing access to said funnel for filling said reservoir.

**16**. The dispenser as recited in claim **14** wherein said fluid is a liquid soap.

**17**. The dispenser as recited in claim **14** wherein the lid defines an upper surface of the spout.

**18**. The dispenser as recited in claim **14** wherein the lid is removable.

**19**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in the reservoir for pumping the fluid to the outlet;

a motor external of the reservoir;

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit, wherein the neck comprises a threaded outer surface;

a cap threaded to the reservoir and coupling the neck to the reservoir; and

a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**20**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in the reservoir for pumping the fluid to the outlet;

a motor external of the reservoir;

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid;

a neck extending from the reservoir defining a conduit in communication with said reservoir, wherein the neck has a threaded outer surface;

US 8,579,157 B2

11

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is finable through said conduit;

a groove formed along the neck;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**21**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in said reservoir for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir; and

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit.

**22**. The dispenser as recited in claim **21** wherein the pump is in the reservoir, the dispenser further comprising:

a motor external of the reservoir; and

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid.

**23**. The dispenser as recited in claim **22** further comprising a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto, wherein said pump pumps fluid in response to said signal.

**24**. The dispenser as recited in claim **23** wherein said motor is operable in response to said signal.

**25**. The dispenser as recited in claim **24** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**26**. The dispenser as recited in claim **21** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**27**. The dispenser as recited in claim **21** wherein the neck comprises a threaded outer surface, the dispenser further comprising a cap threaded to the reservoir and coupling the neck to the reservoir.

**28**. The dispenser as recited in claim **27** further comprising a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**29**. The dispenser as recited in claim **21** wherein the neck has a threaded outer surface, the dispenser further comprising:

a groove formed along the neck;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

12

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**30**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in said reservoir for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit; and

a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**31**. A fluid dispenser comprising:

a reservoir;

a spout coupled to said reservoir, said spout comprising an inlet in communication with said reservoir for filling said reservoir with a fluid through said inlet, and an outlet for dispensing said fluid there-through;

a pump in said reservoir for pumping said fluid to be dispensed through said outlet;

a neck coupling the reservoir to the spout, the neck extending from the reservoir defining a conduit there-through leading to said reservoir; and

a funnel in communication with said inlet and said conduit for receiving fluid from said inlet.

**32**. The dispenser as recited in claim **31** further comprising a lid covering said inlet and said funnel.

**33**. A fluid dispenser comprising:

a reservoir;

a spout coupled to said reservoir said spout comprising an inlet in communication with said reservoir for filling said reservoir with a fluid through said inlet, and an outlet for dispensing said fluid there-through;

a pump in said reservoir for pumping said fluid to be dispensed through said outlet; and

a lid for covering said inlet.

**34**. A fluid dispenser comprising:

a reservoir;

a pump in the reservoir for pumping said fluid;

a neck extending from the reservoir defining a conduit there-through leading to said reservoir; and

a spout extending from the neck, said spout comprising a lid, and an outlet for receiving fluid pumped by said pump, wherein the lid is moveable for providing access to said conduit for filling said reservoir with a fluid.

**35**. The dispenser as recited in claim **34** further comprising a funnel in said spout and coupled to said conduit, wherein said lid is moveable for providing access to said funnel for filling said reservoir.

**36**. The dispenser as recited in claim **34** wherein said fluid is a liquid soap.

**37**. The dispenser as recited in claim **34** wherein the lid defines an upper surface of the spout.

**38**. The dispenser as recited in claim **34** wherein the dispenser is mounted on a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

US 8,579,157 B2

**13**

**39**. The dispenser as recited in claim **34** wherein the lid is removable.

**40**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in said reservoir for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit;

a motor external of the reservoir; and

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid.

**41**. The dispenser as recited in claim **40** further comprising a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto, wherein said pump pumps fluid in response to said signal.

**42**. The dispenser as recited in claim **41** wherein said motor is operable in response to said signal.

**43**. The dispenser as recited in claim **42** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**14**

**44**. The dispenser as recited in claim **40** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**45**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir, the neck comprising a threaded outer surface;

a cap threaded to the reservoir and coupling the neck to the reservoir; and

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is finable through said conduit.

**46**. The dispenser as recited in claim **45** further comprising a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**47**. The dispenser as recited in claim **45** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : 8,579,157 B2                                    Page 1 of 1
APPLICATION NO.      : 12/605258
DATED                : November 12, 2013
INVENTOR(S)          : Branko Bem et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

     In the Claims

     Column 11, Claim 20, line 3          Delete "finable"
                                          Insert -- fillable --

     Column 14, Claim 45, line 16         Delete "finable"
                                          Insert -- fillable --

Signed and Sealed this
Twentieth Day of January, 2015

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# EXHIBIT B



**st∃ʁn**

Complete Washroom Experience

| Company ⌄ | Go Touchless ⌄ | News And Events ⌄ | Resources ⌄ | Contact Us | Free CEU/CPD | | Product Finder |

English ⌄

Faucets ⌄    Soap Foam & Sanitizer Dispensers ⌄    Touchless Cubicles ⌄    Mirror & Wash Stations ⌄    Flush Valves ⌄    Showers ⌄

Accessories ⌄

Home  /  Soap Foam & Sanitizer Dispensers  /  Automatic Soap Dispensers  /  Lotus Topfill



# Lotus Topfill

★★★★★

"Touch-Free" deck mounted automatic soap dispenser with a soap level indicator incorporated in the dispenser. The soap dispenser cap can be released , allowing you fill your soap tank with ease. Includes a 2 liter tank, that uses non-proprietary soap within the recommended viscosity range for significant cost-in-use savings.

- 100% brass body and cover construction. Available in the following finishes: Chrome Plated, PVD Brushed nickel and Matt Black.
- Matching touch-free faucet available in a matching finish.
- Dosage and sensor range are adjustable with remote control.
- Refill operation can be done by pushing a manual button or using the optional remote control.
- Peristaltic pump that prevents back flow and clogging.
- The following functions can be performed by using Stern remote control: Soap quantity selection, Refill the soap tank, temporary off, coming back to factory settings.

## Technical info

Data Sheet
Installation Guide

Lotus Topfill Automatic Soap Dispenser E – 230850

    ›

|  ✉ REQUEST QUOTE / MORE INFO  |

---

**DESCRIPTION**    ADDITIONAL INFORMATION



Touchless automatic soap dispenser operated by infrared sensor.

The soap dispenser automatically activates when users place their hands within sensor range, providing a measured amount of soap (adjustable by remote control).

If the users remove the hand before the full amount is dispensed, the soap dispenser immediately stops the flow.

When the soap tank is full there should be a flashing green LED light on the level indicator in the base of the dispenser. When the level indicator shows red, the tank is empty.

---

Document title: Lotus Topfill | Stern
Capture URL: https://sternfaucets.com/lotus-topfill-automatic-soap-dispenser/
Capture timestamp (UTC): Tue, 28 Jan 2025 00:34:24 GMT

Page 1 of 4

providing a measured amount of soap (adjustable by remote control)

If the users remove the hand before the full amount is dispensed, the soap dispenser immediately stops the flow.

When the soap tank is full there should be a flashing green LED light on the level indicator in the base of the dispenser. When the level indicator shows red, the tank is empty.





### Application

Touch-free electronic soap dispenser with dripless automatic shutoff and level indicator is the ideal solution to reduce maintenance costs in heavy usage areas with no need to open the cabinet to check soap level. Combined with the touch-free electronic faucet, it creates a germ-free automated environment. Ideal for Ideal for stadiums, train and bus stations and highway rest stops.

### Use

Touchless commercial soap dispenser. The soap dispenser is activated automatically when the users bring their hands within the sensor range and stops when the users remove their hands.

### Top commercial soap dispensers for high traffic areas

Our automatic soap dispensers are built to be durable, touch-free, and of premium quality, able to withstand the wear and tear that commonly happens in commercial washrooms.

We offer a diverse collection of products that provide a more efficient, cost-effective, and hygienic way of eliminating germs.

Check out our range of options to find the ideal style that fits your requirements.

See all automatic soap dispensers





## Go touchless with automatic soap dispensers & more!

At Stern, we produce a variety of sanitary solutions that cater to high-traffic commercial and public areas.

Our product range includes touchless automatic soap dispensers, touch-free hand sanitizers, and behind-the-mirror wash stations.

Our touchless soap dispensers and hand sanitizer stands are crafted with durability and effectiveness in mind.

We offer a range of smart and germ-free options for those who prefer touch-free alternatives. Check out our collection of touchless soap and foam dispensers to find the perfect fit for your needs.

Learn all you need to know to go touchless

**Part Number:** N/A   **Categories:** Automatic Soap Dispensers, Lotus Soap Dispenser Series, Soap Foam & Sanitizer Dispensers, Touch Free Soap Dispensers With Soap Level Indicator

**Tags:** commercial soap dispenser, electronic soap dispenser, touchless soap dispenser

Share: f  X  P  in  T

## Check Out Our Other Products



### Behind Mirror Soap Dispenser
★★★★★



### Csaba Automatic Soap Dispenser
★★★★★



### Elite Automatic Soap Dispenser
★★★★★



### Elite Automatic Foam Soap Dispenser
★★★★★



● ○



Our touchless soap dispensers for hand washing stations are designed with durability and effectiveness in mind.

We offer a range of smart and germ-free options for those who prefer touch-free alternatives. Check out our collection of touchless soap and foam dispensers to find the perfect fit for your needs.

[ Learn all you need to know to go touchless ]

**Part Number:** N/A  **Categories:** Automatic Soap Dispensers, Lotus Soap Dispenser Series, Soap Foam & Sanitizer Dispensers, Touch Free Soap Dispensers With Soap Level Indicator

**Tags:** commercial soap dispenser, electronic soap dispenser, touchless soap dispenser

Share: f  𝕏  p  in  ✈

## Check Out Our Other Products



### Behind Mirror Soap Dispenser
★★★★★



### Csaba Automatic Soap Dispenser
★★★★★



### Elite Automatic Soap Dispenser
★★★★★



### Elite Automatic Foam Soap Dispenser
★★★★★

● ○

---



# stern

Stern Engineering Ltd. was founded in 1989 and remains one of the world manufacturing leaders of hands free sanitary products.

## Our Solutions

Faucets
Soap Foam & Sanitizer Dispensers
Touchless Cubicles
Flush Valves
Mirror & Wash Stations
Showers
Standard Thermostatic
Accessories, Components & Power Sources

## Stern Product Catalogue



## Touchless Cubicles



## Quick Contact

[ Full Name ]

[ Email ]

[ Country ]

[ Phone ]

[ How Can We Help? ]

☑ Get The Latest Product News And Special Offers Delivered Right To Your Inbox.

✈ Send

Stern Engineering Ltd. © 2022 - All Rights Reserved

# EXHIBIT C

| U.S. Patent No. 8,579,157 | Defendants' Lotus Topfill identified by product number 230850 (as shown in FIG. 1 below) |
|---|---|
| *Claim 14.*  A fluid dispenser, comprising | A fluid dispenser **10**, comprising |
| a reservoir; | A reservoir **50**; |
| a neck extending from the reservoir defining a conduit there-through leading to said reservoir, | a neck **30** extending from the reservoir **50** defining a conduit there-through leading to said reservoir **50**, |
| a spout extending from the neck, said spout comprising a lid and | A spout **20** extending from the neck **30**, said spout **20** comprising a lid **80** and |
| an outlet, wherein the lid is moveable for providing access to said conduit for filling said reservoir with a fluid, | an outlet **70**, wherein the lid **80** is moveable for providing access to said conduit for filling said reservoir **50** with a fluid, |
| wherein the dispenser is mounted to a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface. | when the dispenser **10** is mounted to a surface **A,** the spout **20** is above the surface **A**, the reservoir **50** is below the surface **A**, and the neck **30** penetrates the surface **A**. |
| *Claim 16.*  The dispenser as recited in claim 14 wherein the fluid is liquid soap. | The dispenser **10** is a liquid soap dispenser. |
| *Claim 17.*  The dispenser as recited in claim 14 wherein the lid defines an upper surface of the spout. | The lid **80** of the dispenser **10** defines an upper surface of the spout **20** of the dispenser **10**. |
| *Claim 18.*  The dispenser as recited in claim 14 wherein the lid is removable. | The lid **80** of the dispenser **10** is removable. |
| *Claim 45.*  A fluid dispenser, comprising | A fluid dispenser **10**, comprising |
| a reservoir for storing the fluid to be dispensed; | a fluid reservoir **50** for storing fluid to be dispensed; |
| an outlet for dispensing the fluid there-through; | an outlet **70** for dispensing the fluid there-through; |

1

| | |
|---|---|
| a pump for pumping the fluid to the outlet; | a pump **60** for pumping the fluid to the outlet **70**; |
| a neck extending from the reservoir defining a conduit in communication with said reservoir, | a neck **30** extending from the reservoir **50** defining a conduit in communication with said reservoir **50**, |
| the neck comprising a threaded outer surface; | the neck **30** comprising a threaded outer surface **90**; |
| a cap threaded to the reservoir and coupling the neck to the reservoir; | a cap **40** threaded to the reservoir **50** and coupling the neck **30** to the reservoir; |
| a spout extending from the neck | a spout **20** extending from the neck **30** |
| comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit. | comprising a lid **80** defining a surface of said spout **20**, wherein the lid **80** is moveable for providing access to said conduit, and wherein said reservoir **50** is fillable through said conduit. |



**FIG. 1**

2

# EXHIBIT D

| | |
|---|---|
| **From:** | Peter Nadan <PNadan@bobrick.com> |
| **Sent:** | Thursday, November 21, 2024 11:18 AM |
| **To:** | jicko@sternfaucets.com |
| **Subject:** | Patent infringement - Lotus top-fill soap dispenser |
| **Attachments:** | Infringement Notification.pdf; US8579157.pdf |

Dear Mr. Chetrit:

Please see attached correspondence.

Sincerely,

Peter Nadan
General Counsel
Bobrick Washroom Equipment, Inc.



**Bobrick Washroom
Equipment, Inc.**

6901 Tujunga Avenue
North Hollywood, CA
91605-6213

tel: 818-764-1000
fax: 818-765-2700
www.bobrick.com

**BUILDING VALUE SINCE 1906**

November 21, 2024


Jicko Chetrit
General Manager
Stern Engineering Ltd.
777 Passaic Avenue
Clifton, NJ 07012


Re: <u>Patent Infringement</u>

Dear Mr. Chetrit:

It has come to our attention that Stern Engineering Ltd. has been selling the Lotus Top Fill Soap Dispenser (the "Lotus Dispenser") in the United States. We believe the Lotus Dispenser reads on several claims of our U.S. Patent No. 8,579,157. A copy of this patent is enclosed for your convenience.

We invest substantial time and money in developing and protecting our intellectual property rights. As such, we request that you review this matter with your patent attorney without undue delay.

We are willing to resolve this matter amicably, and request you provide us with the following information no later than December 20, 2024:

- The number of units of the Lotus Dispenser made in the United States since November 12, 2013
- The number of units of the Lotus Dispenser imported into the United States since November 12, 2013
- The number of units of the Lotus Dispenser exported from the United States since November 12, 2013
- The number of units of the Lotus Dispenser sold in the United States since November 12, 2013
- The number of units of the Lotus Dispenser currently in your inventory
- The gross profit made from selling the Lotus Dispenser in the United States since November 12, 2013
- The identity of all other top-fill dispensers that were made or sold in the United States by Stern Engineering Ltd. at any time since November 12, 2013

We will await your reply.

Sincerely,

Peter Nadan
General Counsel

2

US008579157B2

(12) **United States Patent**
Bem et al.

(10) Patent No.:     **US 8,579,157 B2**
(45) Date of Patent:     **Nov. 12, 2013**

(54) **AUTOMATED FLUID DISPENSER**

(75) Inventors: **Branko Bem**, Plano, TX (US); **Dikran Babikian**, Glendale, CA (US); **Robert A. Riccomini**, Saratoga, CA (US); **Amelia Ngai**, Mountain View, CA (US)

(73) Assignee: **Bobrick Washroom Equipment, Inc.**, North Hollywood, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 806 days.

(21) Appl. No.: **12/605,258**

(22) Filed: **Oct. 23, 2009**

(65) **Prior Publication Data**

US 2010/0213208 A1     Aug. 26, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/108,318, filed on Oct. 24, 2008.

(51) **Int. Cl.**
**B67D 1/00**     (2006.01)

(52) **U.S. Cl.**
USPC .............. **222/63**; 222/52; 222/173; 222/180; 222/333; 222/385; 222/566; 141/18

(58) **Field of Classification Search**
USPC .................. 222/52, 63, 333, 180, 321.7, 504, 222/321.9, 385, 566–568, 173; 4/623; 141/2, 18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,735,345 A | | 4/1988 | Lee |
| 4,938,384 A | * | 7/1990 | Pilolla et al. ................... 222/52 |
| 5,549,227 A | * | 8/1996 | Klotz ............................ 222/461 |
| 5,632,414 A | * | 5/1997 | Merriweather, Jr. ........... 222/52 |
| 5,911,345 A | * | 6/1999 | Castleberry .................. 222/482 |
| 5,988,440 A | * | 11/1999 | Saunders et al. .............. 222/63 |
| 5,992,698 A | | 11/1999 | Copeland et al. |
| 6,276,565 B1 | * | 8/2001 | Parsons et al. ................. 222/52 |
| 6,345,738 B1 | * | 2/2002 | Brozell et al. ............ 222/383.1 |
| 6,467,651 B1 | * | 10/2002 | Muderlak et al. ............. 222/52 |
| 6,863,093 B2 | * | 3/2005 | Garcia et al. .................... 141/2 |
| 7,025,227 B2 | * | 4/2006 | Oliver et al. .................. 222/61 |
| 7,198,175 B2 | * | 4/2007 | Ophardt ....................... 222/188 |
| 7,527,174 B2 | * | 5/2009 | Meehan et al. ............... 222/180 |
| 8,100,299 B2 | * | 1/2012 | Phelps et al. ................. 222/180 |
| 2002/0053577 A1 | * | 5/2002 | Maas et al. ................ 222/383.1 |
| 2004/0211000 A1 | | 10/2004 | Buonocore |
| 2005/0155988 A1 | * | 7/2005 | Meehan et al. ............. 222/321.7 |
| 2007/0000941 A1 | * | 1/2007 | Hadden et al. ................. 222/52 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 196 28 172 A1 | 2/1997 |
| WO | WO 2004/110234 A2 | 12/2004 |

OTHER PUBLICATIONS

Bobrick Washroom Equipment, Inc.; LABEL (Dispensing Filling Instructions); Jun. 19, 1999; 1 Page.

(Continued)

*Primary Examiner* — Frederick C Nicolas
(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57)     **ABSTRACT**

A fluid dispenser is provided. The dispenser includes a reservoir for storing the fluid to be dispensed, an outlet for dispensing the fluid, a pump in the reservoir for pumping the fluid to the outlet, a motor external of the reservoir, and a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping the fluid.

**47 Claims, 4 Drawing Sheets**



**US 8,579,157 B2**

Page 2

(56)  **References Cited**

OTHER PUBLICATIONS

International Preliminary Report on Patentability and Written Opinion of the International Searching Authority dated Apr. 26, 2011, for International Application No. PCT/US2009/061946, Filed Oct. 23, 2009.

Communication Relating to the Results of the Partial International Search dated Mar. 18, 2010, for PCT Application No. PCT/US2009/061946, Filed Oct. 23, 2009.

Bobrick Washroom Equipment, Inc.; *Instructions for Installation and Maintenance*; Instruction Manual; 2008; 2 pages; USA.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 8,579,157 B2

**1**

# AUTOMATED FLUID DISPENSER

## CROSS-REFERENCE TO RELATED APPLICATION

This application is based upon and claims the benefit of U.S. Provisional Application Ser. No. 61/108,318, filed on Oct. 24, 2008, the contents of which are fully incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Currently available automated liquid soap dispensers can deliver liquid soap automatically in response to the presence of a nearby object, such as a user's hand. These liquid soap dispensers typically employ an infrared sensor to detect the nearby object. Upon detection of the nearby object, the infrared sensor sends a signal to activate a motor, which in turn drives a shaft which drives a pump. The pump pumps the liquid soap to a spout of the dispenser which dispenses the soap. Typically, the motor is located outside of the dispenser, whereas, the pump is submerged in the liquid soap within the dispenser. The drive shaft penetrates the dispenser through an orifice typically at the base of the dispenser. A seal is typically provided surrounding the shaft and sealing the orifice. However, with use the seal wears out and the liquid soap leaks out of the dispenser. Often, the liquid soap leaks onto the motor or the motor circuitry causing failure of the motor.

Furthermore, most liquid dispensers have reservoirs which are mounted below a countertop. Consequently, accessing of the reservoir for refilling with liquid soap is inconvenient. Typically a reservoir of the soap dispenser needs to be removed from below the counter so that it may be filled. When removed, tubing which is used to deliver the liquid soap to the spout is exposed and liquid soap on such tubing drips on the surrounding surfaces. Moreover, with some soap dispenser, the motor may have to be removed before the reservoir is removed for refilling. Thus, a soap dispenser is desired that overcomes the aforementioned problems.

## SUMMARY OF THE INVENTION

In an exemplary embodiment, a fluid dispenser is provided. The dispenser includes a reservoir for storing the fluid to be dispensed, an outlet for dispensing the fluid, a pump in the reservoir for pumping the fluid to the outlet, a motor external of the reservoir, and a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping the fluid. In another exemplary embodiment, the coupling includes a first member external of the dispenser driven by the motor, and a second member in the dispenser for driving the pump, where the first member is magnetically coupled to the second member, whereby the first member drives the second member. In yet another exemplary embodiment, at least one of the first and second members includes a magnet. In a further exemplary embodiment, the pump is submerged in the fluid to be pumped. In yet a further exemplary embodiment, the reservoir includes a body and a base portion, and the base portion is threaded or otherwise coupled to the body and the first and second members sandwich at least a portion of the base portion. In another exemplary embodiment, the dispenser also includes a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto such that the pump pumps fluid in response to the signal. The motor, in an exemplary embodiment, is operable in response to the signal. In another exemplary embodiment, the dispenser also

**2**

includes a neck extending from the reservoir defining a conduit in communication with the reservoir, a spout extending from the neck, and a lid on the spout being moveable for providing access to the conduit. The reservoir is finable through the conduit and the outlet is formed on the spout. A funnel coupled to the conduit may be included in the spout. In yet a further exemplary embodiment, the dispenser may also include a neck having a threaded outer surface, and a cap threaded, or otherwise coupled, to the reservoir neck and coupling the neck to the reservoir. In yet a further exemplary embodiment, a lock nut is also provided and is threaded on the outer surface of the neck. The cap includes a first surface and a second annular surface extending from the first surface. An opening is formed through the first surface, and the neck penetrates the opening and the first surface urges the lock nut toward the reservoir. In another exemplary embodiment, the dispenser may also include a neck extending from the reservoir having a threaded outer surface, a groove formed along the neck, a spout extending from the neck such that the outlet is formed on the spout, a first conduit coupled to the pump, a second conduit extending to the outlet, such that at least part of the second conduit is received in the groove, a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit, a first nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove, a cap having an opening penetrated by the neck and threaded, or otherwise coupled, to the reservoir, such that the cap is retained in an axial direction by the first nut, and a second nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove.

In another exemplary embodiment, a fluid dispenser is provided including a reservoir, a neck extending from the reservoir having a threaded outer surface, a groove formed along the neck, a spout extending from the neck, such that the outlet is on the spout, a pump for pumping fluid from the reservoir to the outlet, a first conduit coupled to the pump, a second conduit extending to the outlet, such that at least part of the second conduit is received in the groove, a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit, a first nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove, a cap having an opening penetrated by the neck and threaded, or otherwise coupled, to the reservoir, where the cap is retained in an axial direction by the first nut, and a second nut threaded on the outer surface of the neck and surrounding the portion of the second conduit received in the groove. In yet another exemplary embodiment, a third conduit is defined through the neck, and the dispenser further includes a lid on the spout providing access to the third conduit for refilling the reservoir. In another exemplary embodiment, the dispenser also includes a funnel in the spout and coupled to the third conduit, such that the lid provides access to the funnel for refilling the reservoir through the conduit.

In yet a further exemplary embodiment, a fluid dispenser is provided having a reservoir, a neck extending from the reservoir defining a conduit there-through leading to the reservoir, a spout extending from the neck, where an outlet is formed on the spout, and a lid on the spout being moveable for providing access to the conduit for refilling the reservoir with a fluid. In another exemplary embodiment, the dispenser also includes a funnel in the spout and coupled to the conduit, such that the lid provides access to the funnel for refilling the reservoir.

In any of the aforementioned exemplary embodiments the fluid is a liquid, such as a liquid soap.

US 8,579,157 B2

3

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, together with the specification, illustrate exemplary embodiments of the present invention and, together with the description, serve to explain the principles of the present invention.

FIG. 1 is a plan view of an automated fluid dispenser according to an exemplary embodiment of the present invention;

FIG. 2 is a partial cross-sectional view of reservoir body of the exemplary embodiment automated fluid dispenser shown in FIG. 1;

FIG. 3 is a partial cross-sectional view showing a base portion and a pump assembly of the exemplary embodiment automated fluid dispenser shown in FIG. 1; and

FIG. 4 is a partial cross-sectional view depicting a neck and spout incorporated in the exemplary embodiment automated fluid dispenser shown in FIG. 1.

DETAILED DESCRIPTION

In the following detailed description, only certain exemplary embodiments of the present invention are shown and described by way of illustration. As those skilled in the art would recognize, the invention may be embodied in many different forms and should not be construed as being limited to the embodiments set forth herein. Moreover, it should be noted that the terms "upper," "top," "bottom," and "lower" as used herein are terms used to denote the relative position of objects and not necessarily the exact position of such objects. For example, a "lower" object may in certain situations be located above an "upper" object.

With reference to FIGS. 1 and 2, an automated fluid dispenser 10 such as a liquid soap dispenser according to an exemplary embodiment of the present invention is shown. The automated liquid dispenser 10 has a reservoir body 12 having a base end section 14 and a neck section 16 opposite the base end section. In the shown exemplary embodiment, an opening 18, 20 is defined by each of the base and neck end sections, respectively. A base portion 22 is threaded to the base section 14 to define the base of the reservoir (FIG. 3). In other exemplary embodiments, the base portion 24 may be removably coupled to the base section using other means, as for example latches. The reservoir body 12 and the base portion 22 together define a reservoir 24. A pump assembly 26 is adjacent to the base portion 22. A housing (not shown) may be coupled to the reservoir 24 and surrounds the base portion 22 and pump assembly 26. The reservoir body 12 is connected to a spout 28 via a neck 30. When properly installed on a countertop 32, only the spout 28 and possibly an upper portion of the neck extend above an upper surface 34 of the countertop. The remaining portion of the neck, the reservoir, the base portion and the pump assembly remain below the upper surface of the countertop. A sensor, and in an exemplary embodiment, an infrared (IR) sensor 36 is housed in a portion of the spout 28. In an exemplary embodiment, the sensor is positioned behind or adjacent to a window 38 so that it can be protected from the outside elements, as best seen in FIG. 3. In an exemplary embodiment, the window is a non-plated surface that the sensor can sense through. When a user places his or her hand under a tip portion 40 of the spout 28, it is sensed through the window 38 by the sensor 36. In response, the sensor generates a signal which is transmitted via wiring or a circuit such as a flexible circuit 41 (FIG. 1), or in some embodiments wirelessly, to the pump assembly 26, or

4

to a printed circuit board or other controller (not shown) to activate a pump of the pump assembly for liquid soap through a spout outlet 27.

In the shown exemplary embodiment, the base portion 22 has a bottom wall 42 which has a tiered outer surface 44. A depression 46 is defined in the bottom wall and has a circumferential wall 48 and a base wall 50. The circumferential wall 48 and the base wall 50 of the depression 46 define a tier of the bottom wall tiered outer surface 44. A second depression 51 defined by a wall 54 having a dimension greater than a diameter of the depression 46 is defined on the bottom wall above the depression 46. As a result, a shoulder 56 is defined between the two depressions 46, 51.

The pump assembly 26 includes a pump 58, and a pump coupler 60 that is connected to the pump 26 by a pump shaft 62, as shown in FIG. 3. Rotation of the pump coupler rotates the shaft which in turns rotates and causes the pump to pump. In an exemplary embodiment, the coupler is a disc shaped member. Magnets 68 are incorporated in the coupler 60 at circumferentially spaced apart locations around the circumference of the pump coupler. In another exemplary embodiment, the coupler itself or any portion thereof may be made from a magnetic material. The pump 58 is seated on the shoulder 56 within the depression 51 formed on the bottom wall of the base portion. In an exemplary embodiment, the depression 51 has a shape complementary to the outer shape of the pump portion that is received within the depression. Such portion may merely be a section extending from the pump. The wall 54 defining the depression 51 serves to restrain the pump from rotating when the pump shaft 62 is rotated. When the pump is seated on the shoulder 54, the coupler 60 is suspended in the depression 46. In another exemplary embodiment, the coupler may be seated on the base wall 50 of the depression 46.

In another exemplary embodiment, the pump 58 may be fastened to the base portion with the pump coupler extending into the depression 46. With such an embodiment, the second depression 51 may not be necessary. The pump may be a gear pump, a piston pump or a peristaltic pump or any type of pump. In the exemplary embodiment, the pump is accommodated in the reservoir and is submerged in the liquid soap which it will pump. In the shown exemplary embodiment, the pump includes an inlet 70 and an outlet 72. A filter 74 is coupled to the inlet to prevent debris suspended in the liquid to be pumped from entering the pump. Tubing 76 is provided extending from the pump outlet to the spout outlet 27 for delivering the pumped liquid from the pump to the spout outlet. In another exemplary embodiment, the tubing may be composed of multiple tubing sections.

The pump assembly also includes a motor subassembly 78 which includes a motor 80 and a motor coupler 82 coupled to the motor via a motor shaft 84. The motor drives the motor coupler 82 via the motor shaft 84. In the shown exemplary embodiment, the motor coupler includes a tubular portion 86 extending from a base portion 88. Magnets 90 are mounted at locations circumferentially around the tubular portion. In another exemplary embodiment, the motor coupler, or any portion thereof, may be formed from a magnetic material. The magnets 90 or magnetic material are chosen such that they attract the magnets 68 or magnetic material on the pump coupler 60. The motor coupler tubular portion has an inner surface diameter that is slightly larger than an outer surface diameter of the wall 48 defining the depression 46. The motor shaft 84 is coupled to the base portion 88 of the motor coupler 82 and rotates the motor coupler about a central longitudinal axis of the tubular portion 86.

5

The motor subassembly **78** is coupled to the reservoir **24** such that the tubular portion **86** of the motor coupler surrounds the circumferential wall **48** of the depression **46**. The motor subassembly may be connected to the reservoir by any method. For example, the motor may be fastened to a housing **92** which is attached to the base portion **22** of the reservoir. The housing houses the motor coupler **82** and may be threaded, fastened or otherwise attached to the base portion **22** of the reservoir. An opening **94** allows the motor shaft **84** of the motor **80** located external of the housing **92** to penetrate the housing for driving the motor coupler **82**. In an exemplary embodiment, the connection between the motor subassembly and the reservoir is such that it allows for the easy removal of the motor or motor subassembly for replacement or servicing.

When properly mounted to the reservoir, the magnets **90** on the motor coupler magnetically attract the magnets **68** on the pump coupler, which pump coupler is separated from the motor coupler by the walls **48** and **50** defining depression **46**, such that rotation of the motor coupler causes rotation of the pump coupler. As a result, as the motor rotates the motor coupler, the motor coupler causes the pump coupler to rotate which in turn causes the pump to pump out the liquid within the reservoir through the pump outlet **72**. As can be seen, the pump is coupled and driven by the motor via the magnets in the motor coupler and the pump coupler which sandwich the base portion of the reservoir. The thickness of the circumferential wall **48** of the depression **46** in the base portion is chosen such that the magnets on the motor coupler and the magnets on the pump coupler are capable of attracting each other through the circumferential wall with sufficient force such that they are magnetically coupled together such that rotation of the motor coupler will cause rotation of the pump coupler. The rotational energy of the motor is transferred magnetically through the base of the base portion **22** that is coupled to the reservoir without requiring any openings through the base portion, and thus, potential leak forming sites through the reservoir base.

In an exemplary embodiment, at least a magnet is incorporated into one of the pumps and motor couplers while at least a metal piece is incorporated in the other of the pumps and motor couplers which is attracted by the magnet. The magnet and metal piece may be arranged circumferentially around their respective coupler. When multiple magnets and metal pieces are used, the magnets and metal pieces are arranged around their respective coupler such that each magnet is radially alignable with a corresponding metal piece. In yet another exemplary embodiment, each coupler may include magnets and metal pieces such that a magnet of the pump coupler is radially alignable with a metal piece of the motor coupler and a magnet of the motor coupler is radially alignable with a metal piece incorporated on the pump coupler. In other exemplary embodiments, each coupler may include a single magnet and/or metal piece. In an exemplary embodiment, a single magnet which is ring-shaped may be used as part of either the pump coupler and/or the motor coupler. The magnets and/or metal pieces may be mounted in depressions formed on the couplers or may be embedded in the couplers. In another exemplary embodiment the magnet(s) and/or the metal piece or pieces are mounted on a lower surface **93** of the pump coupler and un upper surface **95** of the base portion **88** of the motor coupler. With such an embodiment, the motor coupler may not need the tubular portion **86**.

In one exemplary embodiment, the motor **80** is operated by a battery (not shown) or by any electrical, or other type of power source. A controller (not shown) may be incorporated to control the motor based on a signal it receives from the sensor. In some exemplary embodiments the controller is

6

incorporated in the motor. Once the motor **80**, or the controller controlling the motor, receives a signal sent from sensor **36** through the circuitry **40** or wirelessly, the motor **80** drives the motor shaft **84** thereby making the motor coupler **82** that is connected to the motor shaft **84** to rotate as well. As the motor coupler **82** rotates, it rotates the pump coupler **60** via the magnetic coupling which cause the pump **58** to pump the liquid soap to the spout outlet **27** via tubing **76**. It should be noted that in the exemplary embodiments where the signal from the sensor is transmitted wirelessly the circuitry **40** is not required. The motor **80** may be a stepper motor that is programmed to deliver to one pump or a plurality of pumps of liquid soap. In other words, every time a signal is received from the sensor, the motor operates for a sufficient time to cause the pump to provide a predetermined amount of liquid soap to the spout outlet. Alternatively, the motor **80** or the controller may be programmed to cause the motor to operate and deliver the liquid soap for a period of time. Depending on the type of motor and program logic, the soap may dispensed in discrete amounts through an outlet **27** of the spout to the user's hand.

By being removably coupled, e.g., threaded to the reservoir body, the base portion may be easily removed to allow for easy access to the pump. A seal may be incorporated at the interface between the base portion and the reservoir body to prevent leakage through the interface between the reservoir body and the base portion.

In another exemplary embodiment, the base portion **22** may be integrally formed with the reservoir body **12** to form the reservoir **24**. In other words, the base portion is not a separate piece that this threaded or otherwise coupled to the reservoir body.

The base portion **22** and/or the reservoir body **12** may be made of a plastic material such as propylene or high density polyethylene. In another exemplary embodiment, the base portion **22** may be made of a rigid plastic material that may incorporate a fluoropolymer.

Referring to FIG. **4**, in an exemplary embodiment, a conduit **100** is defined within the neck **30** that extends from a funnel **102** formed, or otherwise positioned, in the spout **28** to the opening **20** formed on the neck **16** of the reservoir body. A lid **104** coupled to the spout **28** provides access to the funnel. The lid may be hingedly coupled to the spout or may be completely removable from the spout. In the shown exemplary embodiment, the lid forms an outer surface of the spout.

The conduit **100** communicates with the reservoir body **12** though the reservoir neck opening **20**. In this regard, the dispenser may be refilled with liquid soap by opening the lid and pouring the liquid soap through the funnel. As such, the dispenser does not have to be removed from the countertop in order to be refilled. In other exemplary embodiments, the conduit may extend to a location proximate the lid without incorporating a funnel. However, a funnel is desired as it will facilitate the pouring of the liquid into the conduit while minimizing or alleviating over-spilling it in the areas surrounding the conduit.

In the shown exemplary embodiment, the neck **30** is a separate member that is attachable to the reservoir body **12**. In the exemplary embodiment shown in FIGS. **1**, **2** and **4**, the neck has a threaded outer surface **106**. A flange **107**, and preferably a gasket flange **107**, extends from a bottom end portion of the neck. A lip **109** extends axially below the flange **107**. The reservoir body neck section **16** also has a threaded outer surface **108** (FIG. **2**). A shoulder **110** is defined on the reservoir neck adjacent the opening **20**. Another opening **112** is formed through the shoulder for accommodating the tubing for delivering the liquid soap to the spout outlet. In the exem-

US 8,579,157 B2

7

plary embodiment shown in FIG. 2, a male tubing connector 114 is coupled to the opening 112. In the shown exemplary embodiment, the opening 112 is bounded by a tapering inner surface 117 such that the diameter of the opening decreases in a direction toward the reservoir. With this exemplary embodiment the tubing 76 has at least two sections, a first section 118 and a second section 120. The male tubing connector has a tapering outer surface portion 116 for engaging and exerting a force against an inner surface of a first section 118 of the tubing 76 to which it is connected. In other words, the tapering outer surface tapers from a larger diameter to smaller diameter in a direction toward the tip of the connector. The smaller diameter is smaller than the inner surface diameter of the first section 118 of tubing 76 while the larger diameter is larger than the inner surface diameter of the first section 118 of tubing 76. A connector 122 is coupled to an end of the second section 120 of the tubing (FIG. 4). The connector in the shown exemplary embodiment is a cylindrical connector which has an outer diameter that is greater than a smaller diameter of the inner surface 117 of the opening 112 and smaller than the largest diameter of the inner surface 117 of the opening 112. In this regard as the connector 122 is fitted into the opening 112 lodges against the inner surface as it is pushed inward toward the reservoir forming a friction connection. In an exemplary embodiment, the connector 122 is more rigid than the tubing second section 120 such that it remains rigid, i.e. does not bend, as it is pushed into the opening 112. In another exemplary embodiment, a connector 122 is not used and the tubing second section 120 is directly inserted into the opening 112. With this exemplary embodiment, the tubing second section 120 outer diameter is greater than a smaller diameter of the inner surface 117 of the opening 112 and smaller than the largest diameter of the inner surface 117 of the opening 112 so as to be able to form a friction connection with the inner surface 117 of the opening 112. A groove 124 is formed longitudinally along the neck 30 outer surface as shown in FIG. 4 to accommodate a portion of the second section 120 of the tubing 76. The tubing second section 120 portion is fitted into the groove.

A first lock nut 130 is threaded on the threaded outer surface 106 of the neck and is external of the groove 124 and tubing second section 120. In other words it surrounds the tubing second section 120. A reservoir cap 132, having a threaded inner surface 134, and having a top section 136 having an opening 138 wide enough to be penetrated by the neck, is fitted over the neck and slid down until a top section 136 of the cap engages the first lock nut 130. A retaining washer 137 which is limited in axial travel, sits on axial nut 130 and thus limits the axial travel available to lock nut 130. Thus, the location at which the cap engages the first lock nut can be adjusted by how far along the neck the first lock nut is threaded. In an exemplary embodiment, the first lock nut 130 may be threaded far enough down onto the neck until it sits on the flange 107.

A second lock nut 140 is threaded on the threaded outer surface 106 of the neck above the first lock nut and the cap so as to surround the groove 124 and second tubing section 120. An annular flange 142 may then be slid over the neck 30 on top of the second lock nut. The annular flange 142 has an inner opening that is penetrated by the neck. The diameter of the opening is smaller than an outer surface diameter of the second lock nut, such that it is axially engageable by the second lock nut. The flange opening diameter is greater than the outer surface diameter of the neck 30. In the shown exemplary embodiment, the annular flange includes a radial groove 139 (FIGS. 1 and 4) to accommodate the flexible circuit 41.

8

In another exemplary embodiment, the spout 28 may be connected or may be integral with the neck 30. With this exemplary embodiment, the annular flange 142 is mounted over the neck through the bottom of the neck, followed by the second lock nut 140, the reservoir cap 132, the retainer washer 137, the first lock nut 130 and the flange 107.

To connect the neck 30 to the reservoir body 12, the neck flange 107 is seated on the shoulder 110 formed on the reservoir neck such that the lip 109 extending from the neck extends into the opening 20 formed on the reservoir neck and the connector 122 when used (or the tubing second section 120 when a connector 122 is not used) is seated in the opening 112. The cap 132 is then threaded on the outer surface threads 108 of the reservoir neck so as to exert an axial force on the first lock nut which exerts an axial force on the neck for retaining the neck connected to the reservoir body. Other known means of coupling the cap to the reservoir body may also be used in lieu of threading.

To disconnect the reservoir body from the neck, the cap is unthreaded or otherwise decoupled from the reservoir body and the reservoir body is removed. When that occurs, the connector 120 (or the tubing second section 120 when a connector 122 is not used) would separate from the reservoir neck.

To connect the dispenser to a countertop, the countertop is formed with a hole 146 having a diameter large enough to receive the neck 30 but smaller than the outer diameter of the flange 142. In an exemplary embodiment, the neck with or without the attached reservoir is fitted from a bottom surface 148 of the counter and through the opening 146, thus protruding through a top surface 150 of the counter. The spout is then connected to the neck. In the shown exemplary embodiment, the spout may be designed such that it can be snap fitted onto the neck. For example, the neck has an upper portion 152 which snap fits into a lower portion of the funnel 102 (FIG. 4). The second lock nut is then threaded onto the neck so as to move in an upward direction sandwiching the countertop 32 between the flange 142 and the lower surface 156 of the neck, thereby clamping the dispenser onto the countertop. By having an opening 143 that is larger than the outer surface diameter of the neck, when the second lock nut is threaded upwards on the neck, the annular flange 142 is retained in position and does not rotate by the flexible circuit 41 which is fitted in groove 139.

In another exemplary embodiment, the spout 28 may come pre-connected or integrally formed with a neck 30. With this exemplary embodiment, the neck without the attached reservoir is fitted from a top surface 150 of the counter and through the bottom surface 148 of the counter. The reservoir is then connected to the neck, as described herein, from below the bottom surface 148 of the counter.

Although the present invention has been described and illustrated to respect to multiple embodiments thereof, it is to be understood that it is not to be so limited, since changes and modifications may be made therein which are within the full intended scope of this invention as hereinafter claimed.

What is claimed is:

1. A fluid dispenser comprising:
a reservoir for storing the fluid to be dispensed;
an outlet for dispensing the fluid there-through;
a pump in the reservoir for pumping the fluid to the outlet;
a motor external of the reservoir;
a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid;
a neck extending from the reservoir defining a conduit in communication with said reservoir;

**9**

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit; and

a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**2**. The dispenser as recited in claim **1** further comprising a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto, wherein said pump pumps fluid in response to said signal.

**3**. The dispenser as recited in claim **2** wherein said motor is operable in response to said signal.

**4**. The dispenser as recited in claim **1** wherein the neck comprises a threaded outer surface, the dispenser further comprising a cap threaded to the reservoir and coupling the neck to the reservoir.

**5**. The dispenser as recited in claim **4** further comprising a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**6**. The dispenser as recited in claim **1** wherein the neck has a threaded outer surface, the dispenser further comprising:

a groove formed along the neck;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**7**. The dispenser as recited in claim **1** wherein said fluid is a liquid soap.

**8**. The dispenser as recited in claim **1** wherein the lid defines an upper surface of the spout.

**9**. The dispenser as recited in claim **1** wherein the dispenser is mounted on a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

**10**. A fluid dispenser comprising:

a reservoir;

a neck extending from the reservoir having a threaded outer surface;

a groove formed along the neck;

a spout extending from the neck, wherein the outlet is formed on the spout;

a pump for pumping fluid from the reservoir to the outlet;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

**10**

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**11**. The dispenser as recited in claim **10** wherein a third conduit is defined through the neck, the spout further comprising a lid, said lid being moveable for providing access to said third conduit for filling said reservoir.

**12**. The dispenser as recited in claim **11** further comprising a funnel in said spout and coupled to said third conduit, wherein said lid is moveable for providing access to said funnel for filling said reservoir.

**13**. The dispenser as recited in claim **10** wherein said fluid is a liquid soap.

**14**. A fluid dispenser comprising:

a reservoir;

a neck extending from the reservoir defining a conduit there-through leading to said reservoir; and

a spout extending from the neck, said spout comprising a lid and an outlet, wherein the lid is moveable for providing access to said conduit for filling said reservoir with a fluid, wherein the dispenser is mounted to a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

**15**. The dispenser as recited in claim **14** further comprising a funnel in said spout and coupled to said conduit, wherein said lid is moveable for providing access to said funnel for filling said reservoir.

**16**. The dispenser as recited in claim **14** wherein said fluid is a liquid soap.

**17**. The dispenser as recited in claim **14** wherein the lid defines an upper surface of the spout.

**18**. The dispenser as recited in claim **14** wherein the lid is removable.

**19**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in the reservoir for pumping the fluid to the outlet;

a motor external of the reservoir;

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit, wherein the neck comprises a threaded outer surface;

a cap threaded to the reservoir and coupling the neck to the reservoir; and

a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**20**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in the reservoir for pumping the fluid to the outlet;

a motor external of the reservoir;

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid;

a neck extending from the reservoir defining a conduit in communication with said reservoir, wherein the neck has a threaded outer surface;

**11**

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is finable through said conduit;

a groove formed along the neck;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**21**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in said reservoir for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir; and

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit.

**22**. The dispenser as recited in claim **21** wherein the pump is in the reservoir, the dispenser further comprising:

a motor external of the reservoir; and

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid.

**23**. The dispenser as recited in claim **22** further comprising a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto, wherein said pump pumps fluid in response to said signal.

**24**. The dispenser as recited in claim **23** wherein said motor is operable in response to said signal.

**25**. The dispenser as recited in claim **24** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**26**. The dispenser as recited in claim **21** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**27**. The dispenser as recited in claim **21** wherein the neck comprises a threaded outer surface, the dispenser further comprising a cap threaded to the reservoir and coupling the neck to the reservoir.

**28**. The dispenser as recited in claim **27** further comprising a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**29**. The dispenser as recited in claim **21** wherein the neck has a threaded outer surface, the dispenser further comprising:

a groove formed along the neck;

a first conduit coupled to the pump;

a second conduit extending to the outlet, wherein at least part of the second conduit is received in the groove;

a conduit connector coupled to the neck and releasably connecting the first conduit to the second conduit;

**12**

a first nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove;

a cap having an opening penetrated by the neck and threaded to the reservoir, wherein the cap is retained in an axial direction by the first nut; and

a second nut threaded on the outer surface of the neck and surrounding said portion of the second conduit received in the groove.

**30**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in said reservoir for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

a spout extending from the neck comprising a lid and said outlet, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit; and

a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**31**. A fluid dispenser comprising:

a reservoir;

a spout coupled to said reservoir, said spout comprising an inlet in communication with said reservoir for filling said reservoir with a fluid through said inlet, and an outlet for dispensing said fluid there-through;

a pump in said reservoir for pumping said fluid to be dispensed through said outlet;

a neck coupling the reservoir to the spout, the neck extending from the reservoir defining a conduit there-through leading to said reservoir; and

a funnel in communication with said inlet and said conduit for receiving fluid from said inlet.

**32**. The dispenser as recited in claim **31** further comprising a lid covering said inlet and said funnel.

**33**. A fluid dispenser comprising:

a reservoir;

a spout coupled to said reservoir said spout comprising an inlet in communication with said reservoir for filling said reservoir with a fluid through said inlet, and an outlet for dispensing said fluid there-through;

a pump in said reservoir for pumping said fluid to be dispensed through said outlet; and

a lid for covering said inlet.

**34**. A fluid dispenser comprising:

a reservoir;

a pump in the reservoir for pumping said fluid;

a neck extending from the reservoir defining a conduit there-through leading to said reservoir; and

a spout extending from the neck, said spout comprising a lid, and an outlet for receiving fluid pumped by said pump, wherein the lid is moveable for providing access to said conduit for filling said reservoir with a fluid.

**35**. The dispenser as recited in claim **34** further comprising a funnel in said spout and coupled to said conduit, wherein said lid is moveable for providing access to said funnel for filling said reservoir.

**36**. The dispenser as recited in claim **34** wherein said fluid is a liquid soap.

**37**. The dispenser as recited in claim **34** wherein the lid defines an upper surface of the spout.

**38**. The dispenser as recited in claim **34** wherein the dispenser is mounted on a surface and wherein the spout is above the surface, the reservoir is below the surface, and the neck penetrates the surface.

US 8,579,157 B2

13

**39**. The dispenser as recited in claim **34** wherein the lid is removable.

**40**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump in said reservoir for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir;

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is fillable through said conduit;

a motor external of the reservoir; and

a coupling magnetically transferring a force generated by the motor to the pump for operating the pump for pumping said fluid.

**41**. The dispenser as recited in claim **40** further comprising a sensor proximate the outlet for sensing movement proximate the outlet and for generating a signal in response thereto, wherein said pump pumps fluid in response to said signal.

**42**. The dispenser as recited in claim **41** wherein said motor is operable in response to said signal.

**43**. The dispenser as recited in claim **42** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

14

**44**. The dispenser as recited in claim **40** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

**45**. A fluid dispenser comprising:

a reservoir for storing the fluid to be dispensed;

an outlet for dispensing the fluid there-through;

a pump for pumping the fluid to the outlet;

a neck extending from the reservoir defining a conduit in communication with said reservoir, the neck comprising a threaded outer surface;

a cap threaded to the reservoir and coupling the neck to the reservoir; and

a spout extending from the neck comprising a lid defining a surface of said spout, wherein the lid is moveable for providing access to said conduit, and wherein said reservoir is finable through said conduit.

**46**. The dispenser as recited in claim **45** further comprising a lock nut threaded on the outer surface of the neck, wherein the cap comprises a first surface and a second annular surface extending from the first surface, wherein an opening is formed through the first surface, wherein the neck penetrates said opening and the first surface urges said lock nut toward said reservoir.

**47**. The dispenser as recited in claim **45** further comprising a funnel in the spout and coupled to said conduit, wherein said funnel is covered by said lid.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  : 8,579,157 B2         Page 1 of 1
APPLICATION NO. : 12/605258
DATED    : November 12, 2013
INVENTOR(S)  : Branko Bem et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 11, Claim 20, line 3     Delete "finable"
              Insert -- fillable --

Column 14, Claim 45, line 16    Delete "finable"
              Insert -- fillable --

Signed and Sealed this
Twentieth Day of January, 2015

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*