UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BOBRICK WASHROOM EQUIPMENT, INC.,

Plaintiff,

-v-

Y.STERN ENGINEERING (1989) LTD.,

Defendant.

---------------------------------------------------------------------X

26-CV-01221 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the conference held earlier today, Defendant's motion for a stay of this action, ECF No. 30, is **GRANTED**. This action is stayed pending a decision regarding claim construction in *Bobrick Washroom Equip., Inc. v. Y.Stern Eng'g (1989) Ltd.*, No. 25-CV-00376 (JLH) (LDH) (D. Del.). Within two weeks of that decision being issued, the parties are **ORDERED** to notify the Court of the decision and to submit a joint letter containing the parties' proposals with respect to next steps, along with a proposed Civil Case Management Plan and Scheduling Order.

The Clerk of the Court is directed to terminate ECF No. 30.

SO ORDERED.

Dated: July 8, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge